Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMKHITH CHANTHAVONG ) | CASE NO. 1:09-CV-1561 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an extension of time of 30 days to serve on Defendant an opening brief.   The new due date for Plaintiff's opening brief will be April 26, 2010, and the Court's Scheduling Order shall be modified accordingly.

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  March 20, 2010 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ. |
| 3 | | Attorney for Plaintiff |
| 4 | Dated: March 20, 2010 | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Shea L. Bond |
| | | (as authorized via facsimile/e-mail) |
| | | SHEA L. BOND |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:   **March 23, 2010**                                **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE