1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Somkith Chanthavong,       )<br>                                         )<br>         Plaintiff,              )<br>                                         )<br>         v.                         )<br>                                         )<br>Commissioner of Social  )<br>Security,                          )<br>                                         )<br>         Defendant.            )<br>_____) | CASE NO. 1:09-cv-1561 SKO<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S REPLY BRIEF |

IT IS HEREBY STIPULATED by and between the parties as follows:

Plaintiff shall be granted a first-time 30-day extension to submit Plaintiff's Reply Brief. The reasons for this extension are Plaintiff's staffing issues, counsel's workload demands, and the number and complexity of the issues in this case. The current due date for Plaintiff's Reply

///
///
///
///
///
///
///
///

1  Brief is June 3, 2010.  The new due date for the Reply Brief will be **July 3, 2010**.

3  Dated: 06/11/2010                             /s/ Sengthiene Bosavanh

4                                                SENGTHIENE BOSAVANH, ESQ.
                                                 Attorney for Plaintiff

5  Dated:
6                                                BENJAMIN B. WAGNER
                                                 United States Attorney

8                                                By: /s/ Shea L. Bond
                                                 (as authorized via telephone on 6/09/10)
9                                                SHEA L. BOND
                                                 Assistant Regional Counsel

12                                         **ORDER**

14       The Court notes that Plaintiff is requesting to file its Reply Brief past the deadline.  The

15  Court encourages and expects counsel to keep themselves informed of upcoming deadlines, so

16  as to file any request for extension in a timely manner.

17       IT IS ORDERED that Plaintiff's request to file a Reply Brief past the deadline is

18  GRANTED *nunc pro tunc*, and Plaintiff's reply brief shall be due on **July 3, 2010.**   Any future

19  request for extension of time past the due date shall be viewed with disfavor by the Court.

21  IT IS SO ORDERED.

22  **Dated:    June 15, 2010**                       /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE